v.

The STATE of Texas, Appellee.

No. 27751.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

Bertran HAWKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27771.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

No apearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of heroin; the punishment, ten years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.